LEVIS SÁEZ, demandante y apelante, *v.* MUNICIPIO DE PONCE, ETC., demandado y apelado.

Número  12448.
*Sometido:* 23 de junio de 1958.  *Resuelto:* 30 de junio de 1958.

*José Ayala Vázquez,* por su propio derecho; *Frank Torres,* abogado del apelado.

### RESOLUCIÓN

A la anterior moción del taquígrafo-repórter José Ayala Vázquez desistiendo de la apelación por él interpuesta contra resolución del Tribunal Superior, Sala de Ponce, por la cual se concedió al demandante el beneficio de pobreza para tramitar su apelación, no teniendo el taquígrafo capacidad (*standing*) para apelar de dicha resolución, no ha lugar.

Se desestima, sin embargo, el recurso interpuesto, por falta de jurisdicción.

Lo acordó el Tribunal y firma el Sr. Juez Presidente. El Juez Asociado Sr. Saldaña no intervino.